CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 3 1 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **Criminal No. 7:99cr30085-1** |
| | ) | |
| v. | ) | **2255 MEMORANDUM OPINION** |
| | ) | |
| RALPH AMES. | ) | **By: Samuel G. Wilson** |
| | ) | **United States District Judge** |

Petitioner, Ralph Ames, a federal inmate proceeding *pro se*, filed a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, challenging his 2000 conviction and sentence. Upon review of the record, the court finds that Ames' instant § 2255 motion must be dismissed as successive.

## I.

Ames challenges his 210-month sentence for transporting firearms as a felon, in violation of 18 US.C. § 922(g)(1), and bribery of public officials and witnesses, in violation of 18 U.S.C. § 201(b)(3). Court records indicate that Ames previously filed a § 2255 motion regarding the same conviction and sentence which this court denied. See Civil Action No. 7:01cv535. This court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. See § 2255(h). As Ames has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive §2255 motion, the court must dismiss his petition as successive.[1]

---

[1] Petitioner is hereby advised of the procedure for obtaining certification from the United States Court of Appeals for the Fourth Circuit to have this court review a successive § 2255 motion. Petitioner must submit a copy of the successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge panel certification that the district court may review the successive § 2255 motion. See 28 U.S.C. § 2244 (as amended, 1996). A Fourth Circuit form and instructions for filing this motion will be included with this notice or are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St., Richmond, VA 23219.

## II.

For the reasons stated, the court dismisses Ames' motion as a successive § 2255 motion.

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to the parties.

**ENTER**: This ____ day of October, 2011.

_____
United States District Judge